**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Said Yusuf,<br><br>        Plaintiff,<br><br>v.<br><br>Community Loans of America, Inc., d/b/a Wisconsin Auto Title Loans, Inc., and Northland Recovery Bureau, Inc.,<br><br>        Defendants. | Civil Case No.: 0:23-cv-03206-PJS-DJF<br><br><br>**STIPULATION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT** |

Plaintiff Said Yusuf ("Plaintiff") and Defendant Wisconsin Auto Title Loans, Inc., incorrectly named as "Community Loans of America, Inc., d/b/a Wisconsin Auto Title Loans, Inc." ("Defendant WATL"), by and through their respective counsel and pursuant to Federal Rules of Civil Procedure 15(a), submit this stipulation to allow Plaintiff to amend his Complaint (*see* attached Proposed Amended Complaint). Without agreeing or consenting to the content of Plaintiff's Amended Complaint, Defendant WATL does not oppose the filing thereof. Plaintiff and Defendant WATL agree that Plaintiff shall file his Amended Complaint within 5 days of entry of an order granting leave to amend his complaint and that all Defendants shall have 21 days after filing of the Amended Complaint to file its responsive pleading.

*ATTORNEYS FOR PLAINTIFF*

By: s/*Carter B. Lyons*

*COUNSEL FOR DEFENDANT*
*WISCONSIN AUTO TITLE LOANS, INC.*

By: s/*Aaron B. Chapin*

1

2

Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 0249646
Carter B. Lyons, Esq.
Attorney I.D. #: 0403655
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com

Dated: November 29, 2023

Aaron B. Chapin, 0386606
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
312.655.1500
312.655.1501 (fax)
Aaron.Chapin@huschblackwell.com

Dated: November 29, 2023