UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Said Yusuf,<br><br>    Plaintiff,<br><br>v.<br><br>Wisconsin Auto Title Loans, Inc., Northland Recovery Bureau, Inc., and Loss Prevention Services, LLC,<br><br>    Defendants. | Civil Case No.: 0:23-cv-03206-PJS-DJF<br><br>**PROPOSED ORDER GRANTING LEAVE TO AMEND PLAINTIFF'S COMPLAINT** |

This matter coming to be heard on the parties' Stipulation to allow Plaintiff to amend his Complaint, all parties having been given due notice and this Court fully advised.

**IT IS HEREBY ORDERED** Plaintiff shall file the Amended Complaint within 5 days from the date of this Order. Defendants shall have 21 days after the Amended Complaint is filed to file its responsive pleading.

Dated:_____

                                                            Honorable Dulce J. Foster
                                                            United States Magistrate Judge